

# U.S. Department of Justice

*United States Attorney's Office*
*District of New Jersey*

_____

*970 Broad Street, 7th floor*              973-645-2700
*Newark, New Jersey 07102*

February 10, 2026

**VIA ECF**

Hon. Michael E. Farbiarz, U.S.D.J.
United States District Court, District of New Jersey
Frank R. Lautenberg Post Office
   and U.S. Courthouse
2 Federal Square
Newark, NJ 07102

      Re:    United States v. Jonathan Arce, Joel Hernandez
              Crim. No. 18-132 (MEF)

Dear Judge Farbiarz:

      The United States respectfully submits this letter pursuant to the Court's Order dated January 26, 2026 (ECF 288) to inform the Court as to the status of the motions of defendant Jonathan Arce and Joel Hernandez to disqualify, enjoin, and dismiss (ECF 286 and 287). As noted in the letter submitted by William Strazza, Esq., counsel for defendant Joel Hernandez (ECF 299), the United States attempted to engage defense counsel concerning the submission of a joint letter as required by the Court's order. However, defense counsel continues to maintain that any engagement with the United States Attorney's Office could potentially constitute a waiver of the arguments raised by the defense in its motions currently pending before Chief Judge Brann. The United States disagrees.

  Accordingly, the United States concurs with the status report with respect to the pending motions provided in Mr. Strazza's letter (ECF 299), but submits that no stay of the pretrial deadlines is necessary for the reasons stated in the letter submitted by the United States on January 29, 2026 (ECF 291).

              Respectfully Submitted,

              TODD BLANCHE
              U.S. Deputy Attorney General

              PHILIP LAMPARELLO
              Senior Counsel

              By: Sammi Malek
              Eli Jacobs
              Sammi Malek
              Assistant United States Attorneys

cc: William Strazza, Esq. (via ECF and email)
   Jason LeBoeuf, Esq. (via ECF and email)